UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Danielle Wineinger, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10523-DRH |
| *Annette Winn, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12703-DRH |
| *Sheila Woodard, et al. v. Bayer Corporation, et al.* | No. 11-cv-13232-DRH |
| *Madeline Wooten, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12572-DRH |
| *Michelle A. Young, et al. v. Bayer Pharma AG, et al.* | No. 12-cv-11482-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting the Motions to Dismiss, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

        **JUSTINE FLANAGAN,**
        **ACTING CLERK OF COURT**

        BY:   /s/*Caitlin Fischer*
                **Deputy Clerk**

Digitally signed by
Judge David R.
Herndon
Date: 2016.01.05
16:35:06 -06'00'

APPROVED:
    DISTRICT JUDGE
    U. S. DISTRICT COURT